AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:14-cr-019
)
Express Mail parcel with )
label number EI450018861US )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Michigan____
*(identify the person or describe the property to be searched and give its location)*:

An Express Mail Parcel Label Number EI450018861US, addressed to Michelle Moreno, 786 Covey Ct., Muskegon, MI 49442 with a return address of Omar Moreno, 6715 Lemp Ave., North Hollywood, CA 91606; mailed on January 27, 2014, from the North Hollywood Post Office in North Hollywood California; further described as weighing 7 pounds 10 ounces, measuring approximately 12" X 12" X 12", bearing $75.05 in postage and fees, and being in a brown cardboard box.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A QUANTITY OF A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, U.S.C., SECTIONS 841(a)(1),843(b) & 846; OR OTHER ITEMS ASSOCIATED WITH DRUG TRAFFICKING, SUCH AS RECORDS, NOTES AND CORRESPONDENCE, CURRENCY, AND/OR EVIDENCE TENDING TO IDENTIFY THE SOURCE OF THE PACKAGE AND THE INTENDED RECIPIENT.

**YOU ARE COMMANDED** to execute this warrant on or before ____February 13, 2014____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Ellen S. Carmody____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/30/2014 10:31am   *Ellen Carmody*
                                            *Judge's signature*

City and state:   Grand Rapids, Michigan   ELLEN S. CARMODY, U.S. Magistrate Judge
                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:14-cr-019 | Date and time warrant executed: 1/30/2014 10:50pm | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: M. Dayhuff  US Postal Inspector | | |
| Inventory of the property taken and name of any person(s) seized: Approximately 507 grams of a white powder substance which field tested positive for Cocaine. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/30/2014

_____
Executing officer's signature

Mark Ross  US Postal Inspector
Printed name and title